**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 286 MAL 2021

            Respondent          :

                                         :    Petition for Allowance of Appeal
                                         :    from the Order of the Superior Court

           v.                           :

                                         :

JONATHAN ALLAN O'BRIAN,         :

                                  :

            Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.